■ JACQUELINE KELLY, Appellant, v WALTER E. OTIS et al., Respondents.—Order unanimously affirmed without costs. Memorandum: Plaintiff, an Eastern Airlines flight attendant, was injured as she was boarding a van provided by defendant First Republic Corp. of America, doing business as Sheraton Inn-Liverpool, for transporting Eastern flight crews to the Sheraton Inn. The injury occurred when plaintiff, in attempting to enter the rear area of the van, grabbed a metal post separating the front and rear sections of the van. A passenger shut the passenger door on plaintiff's right hand and wrist.

A private carrier owes a duty to exercise reasonable care for the safety of its passengers *(see generally,* 5 Blashfield, Automobile Law and Practice § 202.2). That duty does not extend, however, to circumstances that could not be reasonably foreseen by the carrier, such as the act of a fellow passenger in

closing a door on plaintiff's hand *(see, Vogel v Laiso,* 252 App Div 894; *Zayer v Splendido,* 42 NYS2d 85). Thus, Supreme Court properly determined that, as a matter of law, defendants owed no duty to plaintiff. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Summary Judgment.) Present—Denman, P. J., Boomer, Green, Balio and Davis, JJ.